IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-01900-MSK-MJW

SUPER GROUP PACKAGING & DIST. CORP.,

Plaintiff,

v.

SMURFIT STONE CONTAINER CORP., et al.,

Defendants.

_____

**ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW EMERGENCY MOTION TO COMPEL DISCOVERY FROM THIRD-PARTY AND VACATING HEARING SCHEDULED FOR OCTOBER 6, 2005 AT 8:30 A.M.**
**(DOCKET NUMBER 7)**
_____

The Court, having reviewed the Unopposed Motion to Withdraw Emergency Motion to Compel Discovery from Third Party, and being fully advised of the premises, hereby grants the Motion, and it is

ORDERED that Super Group's Motion to Compel Discovery from Third-Party is hereby withdrawn and the hearing on the Emergency Motion to Compel Discovery scheduled for October 6, 2005 at 8:30 a.m. is hereby vacated.

Dated this 6th day of October, 2005.

BY THE COURT

s/Michael J. Watanabe
MICHAEL J. WATANABE
United States Judge/Magistrate