IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-01900-MSK-MJW

SUPER GROUP PACKAGING & DIST. CORP.

    Plaintiff,

v.

SMURFIT STONE CONTAINER CORPORATION;
SMURFIT STONE CONTAINER ENTERPRISES, INC.; and
JAMES B. LAURENCE,

    Defendants.

_____

## ORDER TO CLOSE CASE
_____

THIS MATTER having come before the Court, *sua sponte,* and the record revealing that the matter has been concluded,

IT IS ORDERED that the Clerk shall close the case.

Dated this 17th day of October, 2005.

                    **BY THE COURT:**

                    */s/ Marcia S. Krieger*
                    _____

                    Marcia S. Krieger
                    United States District Judge